# THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JABARIA RUHUE ROGERS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO: CIV-13-408-R |
| | ) | |
| JUSTIN JONES, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

Petitioner filed this action seeking a writ of habeas corpus. Pursuant to 28 U.S.C. § 636(b)(1)(B), the matter was referred to United States Magistrate Judge Suzanne Mitchell for preliminary review. On April 30, 2013, Judge Mitchell entered an Report and Recommendation recommending that Plaintiff's motion for leave to proceed *in forma pauperis* be denied in light of Petitioner's financial resources. The record reflects Petitioner paid the filing fee on May 23, 2013, as recommended by the Report and Recommendation. Accordingly, the Report and Recommendation is hereby adopted and Petitioner's application for proceed *in forma pauperis* is DENIED.

IT IS SO ORDERED this 24th day of May, 2013.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE